## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Nicole Frankhouser aka Nicole          CHAPTER 13
Frankhouser aka Nicole A. Frankhouser

      Debtor(s)                      BKY. NO. 26-21367 GLT

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of Lakeview Loan Servicing, LLC and index same on the master mailing list.

Respectfully submitted,

/s/ *Matthew Fissel*

Matthew Fissel
18 May 2026, 13:04:22, EDT

Matthew Fissel, Esq. (314567)    ☑
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com

Document ID: 32ec698e6a2e97ee85eb65a2b71fb0e23fa4267c62a7c479ef4b067cfa1a28bf