Certificate Number: 20611-PAW-DE-041221396

Bankruptcy Case Number: 26-21367



20611-PAW-DE-041221396

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 17, 2026, at 8:45 o'clock AM EDT, Nicole Anne Frankhouser completed a course on personal financial management given by internet by Ronda J. Winnecour, Chapter 13 Standing Trustee, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   July 18, 2026

By:   /s/Consuelo V Gerhardt

Name:   Consuelo V Gerhardt

Title:   Financial Educator