IN THE UNITED STATES BANKRTUPCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
NICOLE ANNE FRANKHOUSER

BANKRUPTCY NO.: 26-21367-GLT

CHAPTER 13

MOVANT(S)
NICOLE ANNE FRANKHOUSER
V.
RESPONDENT(S)
NO RESPONDENT

RELATED TO DOCUMENT NO. 1

**AMENDMENT COVER SHEET**

Amendment(s) to the following petition, list(s), schedule(s), or statement(s) are transmitted herewith:

___________ Voluntary Petition - *Specify reason for amendment*:

Official Form 6 Schedules (Itemization of Changes Must Be Specified)

____X_____ Summary of Schedules

___________ Schedule A - Real Property

___________ Schedule B - Personal Property

____X_____ Schedule C - Property Claimed as Exempt

___________ Schedule D - Creditors holding Secured Claims
Check one:
_______ Creditor(s) added
_______ NO creditor(s) added
_______ Creditors deleted

___________ Schedule E - Creditors Holding Unsecured Priority Claims
Check one:
_______ Creditor(s) added
_______ NO creditor(s) added
_______ Creditors deleted

___________ Schedule F - Creditors Holding Unsecured Nonpriority Claims
Check one:
_______ Creditor(s) added
_______ NO creditor(s) added
_______ Creditors deleted

___________ Schedule G - Executory Contracts and Unexpired Leases
Check one:
_______ Creditor(s) added
_______ NO creditor(s) added
_______ Creditors deleted

___________ Schedule H - Codebtors
____X_____ Schedule I – Current Income of Individual Debtor(s)
____X_____ Schedule J – Current Expenditures of Individual Debtor(s)
___________ Statement of Financial Affairs
___________ Chapter 7 Individual Debtor's Statement of Intention

___________ Chapter 11 List of Equity Security Holders
___________ Chapter 11 List of Creditors Holding 20 Largest Unsecured Creditors
____X_____ Disclosure of Compensation of Attorney for Debtor
___________ Other ____________________________________________________________

Date: 8/17/2026

By: /S/ Chad Van Horn

Chad Van Horn , Esq.
Attorney for Debtor(s)

VAN HORN LAW GROUP, P.A.
5001 Baum Blvd Ste 417
Pittsburgh, PA 15213
(412) 399-0000
FL Bar 64500
Chad@cvhlawgroup.com

Note: An amended matrix of creditors added by the amendment must be submitted on disk with the amendment. Attorneys filing electronically on the Case Management/Electronic Case filing System may add creditors to the case electronically.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on or before August 17, 2026, a true and correct copy of the foregoing was furnished via CM/ECF to those parties register to receive electronic notice and by first class mail to the parties listed on the attached mailing matrix.

__/S/ Chad Van Horn , Esq.____

Attorney for Debtor (Signature)

Chad Van Horn , Esq.

Bar No.: 64500

Van Horn Law Group, P.A.

5001 Baum Blvd., Suite 417

Pittsburgh, PA 15213

Phone: 412-399-0000

Email: Chad@cvhlawgroup.com

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Nicole | Anne | Frankhouser |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | | | |
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Western District of Pennsylvania

Case number (If known) 2:26-bk-21367-GLT

☑ Check if this is an amended filing

Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information

12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new Summary and check the box at the top of this page.**

### Part 1: Summarize Your Assets

| | **Your assets** Value of what you own |
|---|---|
| 1. *Schedule A/B: Property* (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from *Schedule A/B* | $ 313,200.00 |
| 1b. Copy line 62, Total personal property, from *Schedule A/B* | $ 29,337.03 |
| 1c. Copy line 63, Total of all property on *Schedule A/B* | $ 342,537.03 |

### Part 2: Summarize Your Liabilities

| | **Your liabilities** Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, Amount of claim, at the bottom of the last page of Part 1 of Schedule D...... | $ 206,568.00 |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F* | $ 0.00 |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F* | + $ 221,151.79 |
| **Your total liabilities** | $ 427,719.79 |

### Part 3: Summarize Your Income and Expenses

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I) | |
| Copy your combined monthly income from line 12 of *Schedule I* | $ 6,309.97 |
| 5. *Schedule J: Your Expenses* (Official Form 106J) | |
| Copy your monthly expenses from line 22c of *Schedule J* | $ 2,060.00 |

### Part 4: Answer These Questions for Administrative and Statistical Records

Debtor 1 Nicole Anne Frankhouser (First Name, Middle Name, Last Name) Case number (if known) 2:26-bk-21367-GLT

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

- ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.
- ☑ Yes

7. **What kind of debt do you have?**

- ☑ **Your debts are primarily consumer debts.** Consumer debts are those "incurred by an individual primarily for a personal, family, or household purpose. " 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.
- ☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. **From the *Statement of Your Current Monthly Income:*** Copy your total current monthly income from Official Form 122A-1 Line 11; OR, Form 122B Line 11; OR, Form 122C-1 Line 14. $ 9,924.98

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F:***

| From Part 4 on *Schedule E/F*, copy the following: | Total Claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 0.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ 187,201.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + $ 0.00 |
| 9g. **Total.** Add lines 9a through 9f | $ 187,201.00 |

**Fill in this information to identify your case:**

Debtor 1: Nicole (First Name) Anne (Middle Name) Frankhouser (Last Name)

Debtor 2 (Spouse, if filing): First Name / Middle Name / Last Name

United States Bankruptcy Court for the: Western District of Pennsylvania

Case number (If known): 2:26-bk-21367-GLT

☑ Check if this is an amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt

**04/25**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you list on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

## Part 1: Identify the Property You Claim as Exempt

**1. Which set of exemptions are you claiming? Check one only, even if your spouse is filing with you.**

☐ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

☑ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

**2. For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| **Brief description of the property and line on *Schedule A/B* that lists this property** | **Current value of the portion you own**<br>Copy the value from *Schedule A/B* | **Amount of the exemption you claim**<br>Check only one box for each exemption. | **Specific laws that allow exemption** |
|---|---|---|---|
| Brief description: 7108 McClure Ave Pittsburgh PA 15218<br>Line from *Schedule A/B*: 1.1 | $ 313,200.00 | ☑ $ 31,575.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(1) |
| Brief description: 2019 BMW x3 m40i<br>Line from *Schedule A/B*: 3.1 | $ 15,980.00 | ☑ $ 5,025.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(2) |
| Brief description: 401 k<br>Line from *Schedule A/B*: 21 | $ 4,000.00 | ☑ $ 4,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(10)(E) |

Debtor 1 Nicole Anne Frankhouser (First Name / Middle Name / Last Name) Case number (if known) 2:26-bk-21367-GLT

| Brief description | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| Ordinary household goods and furnishings, including standard living room furniture, bedroom sets, kitchenware, linens, and other typical household items. All items are used, of modest value, and no single item has significant or unusual value. Line from *Schedule A/B:* 6 | $ 800.00 | ☑ $ 800.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Tvs, laptops, monitors. Line from *Schedule A/B:* 7 | $ 3,500.00 | ☑ $ 3,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Ordinary wearing apparel, shoes, and accessories appropriate for daily use. All items are used, of modest value, and no single item has significant or unusual value. Line from *Schedule A/B:* 11 | $ 5,000.00 | ☑ $ 5,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| PNC Account # 2726 2726. Line from *Schedule A/B:* 17.2 | $ 7.03 | ☑ $ 7.03<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Costume jewelry. Line from *Schedule A/B:* 12 | $ 50.00 | ☑ $ 50.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(4) |

**3. Are you claiming a homestead exemption of more than $214,000?**
(Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.)

☑ No

☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

**Fill in this information to identify your case:**

Debtor 1: Nicole (First Name) Anne (Middle Name) Frankhouser (Last Name)

Debtor 2 (Spouse, if filing): First Name ___ Middle Name ___ Last Name ___

United States Bankruptcy Court for the: Western District of Pennsylvania

Case number (If known): 2:26-bk-21367-GLT

**Check if this is:**

☑ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

____________ MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income

12/15

**Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1: Describe Employment

1. **Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | ☑ Employed<br>☐ Not Employed | ☐ Employed<br>☐ Not Employed |
| **Occupation** | Senior Project Manager III | |
| **Employer's name** | PNC Financial Services | |
| **Employer's address** | 620 Liberty Avenue (Number Street)<br>Pittsburgh (City) PA (State) 15222 (ZIP Code) | Number Street<br>City State ZIP Code |
| **How long employed there?** | 16 months | |

## Part 2: Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ 9,151.48 | $ |
| 3. **Estimate and list monthly overtime pay.** | 3. | + $ 0.00 | + $ |
| 4. **Calculate gross income.** Add line 2 + line 3. | 4. | $ 9,151.48 | $ |

Debtor 1 Nicole Anne Frankhouser (First Name / Middle Name / Last Name)

Check if this is: *(if known)* 2:26-bk-21367-GLT

| | | Debtor 1 | Debtor 2 |
|---|---|---|---|
| **Copy line 4 here** → | 4. | $ 9,151.48 | $ |
| 5. **List all payroll deductions:** | | | |
| 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $ 1,843.48 | $ |
| 5b. **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ |
| 5c. **Voluntary contributions for retirement plans** | 5c. | $ 512.83 | $ |
| 5d. **Required repayments of retirement fund loans** | 5d. | $ 60.45 | $ |
| 5e. **Insurance** | 5e. | $ 323.14 | $ |
| 5f. **Domestic support obligations** | 5f. | $ 0.00 | $ |
| 5g. **Union dues** | 5g. | $ 0.00 | $ |
| 5h. **Other deductions.** Specify ______ | 5h. | + $ 101.61 | + $ |
| 6. **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e + 5f + 5g + 5h | 6. | $ 2,841.51 | $ |
| 7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ 6,309.97 | $ |
| 8. **List all other income regularly received:** | | | |
| 8a. **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ |
| 8b. **Interest and dividends** | 8b. | $ 0.00 | $ |
| 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ |
| 8d. **Unemployment compensation** | 8d. | $ 0.00 | $ |
| 8e. **Social Security** | 8e. | $ 0.00 | $ |
| **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. 8f. Specify: ______ | 8f. | $ 0.00 | $ |
| 8g. **Pension or retirement income** | 8g. | $ 0.00 | $ |
| 8h. **Other monthly income.** Specify: ______ | 8h. | + $ 0.00 | + $ |
| 9. **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h. | 9. | $ 0.00 | $ |

10. **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. 10. $ 6,309.97 + $ ______ = $ 6,309.97

11. **State all other regular contributions to the expenses that you list in Schedule J.** Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Specify. ______ 11. + $ 0.00

Debtor 1 Nicole Anne Frankhouser
First Name Middle Name Last Name

Check if this is: *(if known)* 2:26-bk-21367-GLT

12. **Add the amount in the last column of line 10 to the amount in line 11**
The result is the combined monthly income. Write that amount on the Summary of Your Assets and Liabilities and Certain Statistical Information, if it applies 12. $ 6,309.97
**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**

- [x] No
- [ ] Yes. Explain:

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Nicole | Anne | Frankhouser |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | Western | District of | Pennsylvania |
| Case number (If known) | 2:26-bk-21367-GLT | | |

**Check if this is:**

☑ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

______________
MM / DD / YYYY

Official Form 106J

# Schedule J: Your Expenses

**12/15**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1: Describe Your Household

**1. Is this a joint case?**

☑ No. Go to line 2.

☐ Yes. **Does Debtor 2 live in a separate household?**

☐ No

☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2.*

**2. Do you have dependents?**
Do not list Debtor 1 and Debtor 2.
Do not state the dependents' names.

☑ No

☐ Yes. Fill out this information for each dependent...

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| | | |

**3. Do your expenses include expenses of people other than yourself and your dependents?**

☑ No

☐ Yes

## Part 2: Estimate Your Ongoing Monthly Expenses

**Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable date.**

**Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on Schedule I: Your Income (Official Form 106I.)**

| | | Your expenses |
|---|---|---|
| **4. The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. | $ 0.00 |
| **If not included in line 4:** | | Your expenses |
| **4a.** Real estate taxes | 4a. | $ 0.00 |

Debtor 1 Nicole Anne Frankhouser (First Name, Middle Name, Last Name) Case number *(if known)* 2:26-bk-21367-GLT

| | | |
|---|---|---|
| **4b.** Property, homeowner's, or renter's insurance | 4b. | $ 0.00 |
| **4c.** Home maintenance, repair, and upkeep expenses | 4c. | $ 10.00 |
| **4d.** Homeowner's association or condominium dues | 4d. | $ 0.00 |
| **5. Additional mortgage payments for your residence,** such as home equity loans | 5. | $ 0.00 |
| **6. Utilities:** | | |
| **6a.** Electricity, heat, natural gas | 6a. | $ 218.00 |
| **6b.** Water, sewer, garbage collection | 6b. | $ 75.00 |
| **6c.** Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ 415.00 |
| **6d.** Other. Specify: ______ | 6d. | $ 0.00 |
| **7. Food and housekeeping supplies** | 7. | $ 500.00 |
| **8. Childcare and children's education costs** | 8. | $ 0.00 |
| **9. Clothing, laundry, and dry cleaning** | 9. | $ 100.00 |
| **10. Personal care products and services** | 10. | $ 100.00 |
| **11. Medical and dental expenses** | 11. | $ 100.00 |
| **12. Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $ 250.00 |
| **13. Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $ 150.00 |
| **14. Charitable contributions and religious donations** | 14. | $ 0.00 |
| **15. Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| **15a.** Life insurance | 15a. | $ 0.00 |
| **15b.** Health insurance | 15b. | $ 0.00 |
| **15c.** Vehicle insurance | 15c. | $ 142.00 |
| **15d.** Other insurance. Specify: ______ | 15d. | $ 0.00 |
| **16. Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: ______ | 16. | $ 0.00 |
| **17. Installment or lease payments:** | | |
| **17a.** Car payments for Vehicle 1 | 17a. | $ 0.00 |
| **17b.** Car payments for Vehicle 2 | 17b. | $ 0.00 |
| **17c.** Other. Specify: ______ | 17c. | $ 0.00 |
| **17d.** Other. Specify: ______ | 17d. | $ 0.00 |
| **18. Your payments of alimony, maintenance, and support** that you did not report as deducted from your pay on line 5, *Schedule I, Your Income (Official Form 106I).* | 18. | $ 0.00 |
| **19. Other payments you make to support others who do not live with you.** Specify: ______ | 19. | $ 0.00 |
| **20. Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | |
| **20a.** Mortgages on other property | 20a. | $ 0.00 |
| **20b.** Real estate taxes | 20b. | $ 0.00 |
| **20c.** Property, homeowner's, or renter's insurance | 20c. | $ 0.00 |

Debtor 1 Nicole Anne Frankhouser (First Name, Middle Name, Last Name) Case number *(if known)* 2:26-bk-21367-GLT

**20d.** Maintenance, repair, and upkeep expenses — 20d. $ 0.00

**20e.** Homeowner's association or condominium dues — 20e. $ 0.00

**21. Other.** Specify:

| Description | Amount |
|---|---|
| | $ 0.00 |

21. +$ 0.00

**22. Calculate your monthly expenses.**

22a. Add lines 4 through 21. — 22a. $ 2,060.00

22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 — 22b. $ 0.00

22c. Add line 22a and 22b. The result is your monthly expenses. — 22c. $ 2,060.00

**23. Calculate your monthly net income.**

**23a.** Copy line 12 *(your combined monthly income)* from *Schedule I.* — 23a. $ 6,309.97

**23b.** Copy your monthly expenses from line 22c above. — 23b. -$ 2,060.00

**23c.** Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* — 23c. $ 4,249.97

**24. Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

- [x] No
- [ ] Yes. Explain here:

**Fill in this information to identify your case:**

Debtor 1 Nicole Anne Frankhouser
First Name Middle Name Last Name

Debtor 2
(Spouse, if filing) First Name Middle Name Last Name

United States Bankruptcy Court for the: Western District of Pennsylvania

Case number 2:26-bk-21367-GLT
(If known)

☑ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

**12/15**

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person ______________________. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

*x* /s/ Nicole Frankhouser
Signature of Debtor 1

*x* ______________________
Signature of Debtor 2

Date 08/14/2026
MM / DD / YYYY

Date ______________
MM / DD / YYYY

B2030 (Form 2030)
(12/25)

# United States Bankruptcy Court

Western District of Pennsylvania

In re Nicole Frankhouser
Debtor(s)

Case No. 26-21367
Chapter 13

## AMENDED - DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ............ $ 5,000

   Prior to the filing of this statement, I have received ............ $ 948

   Balance Due ............ $ 4,052

   Attorney's fees may be paid in whole or in part through the Chapter 13 plan pursuant to 11 U.S.C. § 1326 and applicable local rules.

2. The source of the compensation paid to me was:

   ☑ Debtor ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☐ Debtor ☑ Other (specify):
   The Debtor will make payments to the Chapter 13 Trustee in accordance with the terms of the Chapter 13 plan, and the Trustee will disburse approved attorney's fees in accordance with the plan and applicable local rules.

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. Subject to any applicable local rule or court order, in return for the above-disclosed fee, I have agreed to render legal service for the following aspects of the bankruptcy case, except as excluded in Section 6:
   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of the petition, schedules, statement of financial affairs, and Chapter 13 plan as required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. The following costs are separate from, and not included in, the attorney's fee unless expressly stated in the engagement agreement: the Court filing fee ($313); the credit counseling course fee (approximately $25); the financial management course fee (approximately $35); the credit report retrieval fee ($75); and other administrative expenses not to exceed $200.
6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

   Adversary proceedings (separate lawsuits within the bankruptcy case); actions seeking damages or sanctions for violation of the automatic stay pursuant to 11 U.S.C. § 362(k); Rule 2004 examinations; depositions, interrogatories, or other formal discovery proceedings; contested matters requiring evidentiary hearings beyond routine case administration; motions to sell property outside the ordinary course; motions to refinance property; motions to incur additional secured debt; motions to reject executory contracts; appeals; and representation in any civil or criminal state court proceedings.

   Any such services require a separate written agreement and, where applicable, separate Court approval of compensation.

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

08/14/2026
Date

/s/ Chad Van Horn

Chad Van Horn
FL Bar # 64500

**Van Horn Law Group, P.A.**
500 NE 4th St Ste 200
Fort Lauderdale, FL 33301-1163
(954) 765-3166 Fax: (954) 756-7103
chad@cvhlawgroup.com