IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | | |
| Nicole Anne Frankhouser | : | Case No. 26-21367-GLT |
| | : | |
| Debtor(s) | : | Chapter 13 |
| | : | |
| Ronda J. Winnecour, Chapter 13 Trustee | : | |
| | : | |
| Movant(s) | : | Related to Document 27 |
| | : | |
| vs. | : | Hearing Date: 9/16/26 at 1:30 p.m. |
| Nicole Anne Frankhouser | : | |
| | : | |
| Respondent(s) | : | |

CERTIFICATION OF NO OBJECTION REGARDING
CHAPTER 13 TRUSTEE'S OBJECTIONS TO DEBTOR'S EXEMPTIONS

The undersigned hereby certifies that as of the date hereof, no answer, objection or other responsive pleading to the Trustee's MOTION/OBJECTION filed on July 29, 2026 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Trustee's Motion/Objection appears thereon. Pursuant to the Notice of Hearing, responses were to be filed and served no later than August 17, 2026.

8/18/2026

/s/ James C. Warmbrodt
James C. Warmbrodt, PA I.D. 42524
Attorney for Chapter 13 Trustee
US Steel Tower, Suite 3250
600 Grant Street
Pittsburgh, PA 15219
(412) 471-5566
jwarmbrodt@chapter13trusteewdpa.com