FILED
9/18/26 12:08 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | | |
| Nicole Anne Frankhouser | : | Case No. 26-21367-GLT |
| | : | |
| Debtor(s) | : | Chapter 13 |
| | : | |
| Ronda J. Winnecour, Chapter 13 | : | |
| Trustee | : | |
| Movant(s) | : | Related to Document 27 |
| | : | |
| vs. | : | Hearing Date: |
| Nicole Anne Frankhouser | : | |
| | : | |
| Respondent(s) | : | |

**ORDER OF COURT**

AND NOW, this __18th Day of September_, 2026, upon consideration of the Chapter 13 Trustee's Objections to Debtor's Exemptions, and any responses thereto, is hereby ORDERED that the Trustee's Objections are sustained, and Debtor's claimed exemptions under Section 522(d)(1) are disallowed.

Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

drb

United States Bankruptcy Court

Western District of Pennsylvania

In re: Case No. 26-21367-GLT

Nicole Anne Frankhouser Chapter 13

Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2 User: auto Page 1 of 2

Date Rcvd: Sep 18, 2026 Form ID: pdf900 Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 20, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nicole Anne Frankhouser, 7108 McClure Ave., Pittsburgh, PA 15218-2306 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 18, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brent J. Lemon | on behalf of Creditor Duquesne Light Company Brent.Lemon@mccalla.com mccallaecf@ecf.courtdrive.com |
| Chad T Van Horn | on behalf of Debtor Nicole Anne Frankhouser chad@cvhlawgroup.com chad@ecf.inforuptcy.com,cmecf@cvhlawgroup.com,vanhorn.chadb104447@notify.bestcase.com,van-horn-law-group-pa@pacer.glade.ai |
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |
| Matthew Fissel | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

| | |
|---|---|
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Stephanie Roache | on behalf of Debtor Nicole Anne Frankhouser stephanie@cvhlawgroup.com |

TOTAL: 7